AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 2:21-cr-733
Information Associated with the Apple iCloud Account )
Particularly Described in Attachment A to the Affidavit of )
S/A Kenneth D. Hawsey Dated August 27, 2021 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Judicial___ District of ___South Carolina___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1591(a)(1), 1594 (a) | Sex trafficking of children/attempted sex trafficking of children |
| 18 USC 2423(a) | Transporting minor for sex |
| 18 USC 371 | Conspiracy |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Kenneth D Hawsey*
*Applicant's signature*

Kenneth D. Hawsey, S/A HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephone or other reliable electronic means___ *(specify reliable electronic means)*.

Date: August 27, 2021

*Mary Gordon Baker*
*Judge's signature*

City and state: Charelston, South Carolina    Mary Gordon Baker, United States Magistrate Judge
*Printed name and title*